# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAROLYN M. KLOECKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:08-CV-00762-(RJL) |
| | ) | |
| ELAINE L. CHAO, | ) | |
| Secretary of Labor, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Plaintiff, through Counsel, pursuant to Local Rule 7(a) (f), files this Motion for oral argument on Defendant's Motion to Dismiss or, in the Alternative, To Transfer for Improper Venue, filed September 29, 2008. Plaintiff filed her Memorandum in Opposition to Defendant's Motion on December 10, 2008. Defendant filed its Reply on December 22, 2008. Plaintiff's Counsel has attempted, without success, to reach Defendant's Counsel to determine whether he will oppose this Motion.

Respectfully submitted,

\_\_/s/_____
 LARRY J. STEIN, BAR No. 397397
1250 24th Street, N.W.
Suite 300
Washington, D.C. 20037

202 349-8092
703 424-7670 (facsimile)
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAROLYN M. KLOECKNER | ) | |
| 432 South Gore Street | ) | |
| St. Louis, Missouri 63119 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0762 (RJL) |
| | ) | Electronic Case filing |
| ELAINE L. CHAO | ) | |
| Secretary of Labor | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

UPON CONSIDERATION of Plaintiff's for oral argument, it is hereby

ORDERED that the motion is GRANTED.

So ordered, this _____ day of _____, _____

_____
The Honorable Richard J. Leon
United States District Judge

- 2 -