UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN M. KLOECKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CV804 DJS |
| | ) |
| HILDA L. SOLIS, U.S. Secretary of Labor, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COMES NOW Defendant Hilda L. Solis, Secretary of the United States Department of Labor, by and through her attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Stephen S. Davis, Assistant United States Attorney for said District, and pursuant to FED. R. CIV. P. 12(b)(1), respectfully moves this Honorable Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction.  In the alternative, Defendant moves, pursuant to FED. R. CIV. P. 56, for summary judgment.  In support of her motion, Defendant submits the accompanying memorandum of law and statement of uncontroverted material facts.

1

        Respectfully submitted,

        MICHAEL W. REAP
        Acting United States Attorney

        */s/ Stephen S. Davis*
        STEPHEN S. DAVIS, No. 525877
        Assistant United States Attorney
        111 S. 10th Street, Rm. 20.333
        St. Louis, Missouri 63102
        Tel:  (314) 539-2200
        Fax:  (314) 539-2777
        E-mail:  stephen.davis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.  I further certify that on July 2, 2009, the foregoing was sent via U.S. mail, postage pre-paid, to the following:

Larry J. Stein
4023 Chain Bridge Road, Suite 6
Fairfax, Virginia 22030

Attorney for Plaintiff

        */s/ Stephen S. Davis*
        STEPHEN S. DAVIS
        Assistant United States Attorney