UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN _____ DIVISION

CAROLYN M. KLOECKNER )
Plaintiff, )
)
)
)
V. )  Case No. 4:09CV804 DJS
)
HILDA L. SOLIS, U.S. )
SECRETARY OF LABOR )
)
Defendant. )

RECEIVED BY MAIL
AUG 0 3 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, LARRY J. STEIN, move to be admitted pro hac vice to the bar of this court for the purpose of representing In this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
LARRY J. STEIN

(b) Address, telephone number and fax number of the movant-attorney;
4023 CHAIN BRIDGE RD, #6, FAIRFAX, VA 22030; 7033839090; 7034247670

(c) Name of the firm or letterhead under which the movant practices;
LAW OFFICES OF LARRY J. STEIN, LLC

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
WASHINGTON COLLEGE OF LAW, AMERICAN UNIV., 1977

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
PA, 10/11/77, #25777; DC, 5/28/86, #397397; VA, 6/7/06, #72421

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

41644-8892

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT LARRY JAN STEIN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. STEIN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON JUNE 7, 2006, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued July 29, 2009



KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# LARRY J. STEIN
Attorney at Law

Voice: (703) 383-9090
Fax: (703) 424-7670
Cell: (703) 599-8023
larrystein@ljslaw.net

Law Offices of Larry J. Stein, LLC
Joshua Gunnell House
4023 Chain Bridge Road, Suite 6
Fairfax, Virginia 22030

RECEIVED BY MAIL
AUG 0 3 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

July 30, 2009

Clerk, U.S. District Court
111 South Tenth Street
St. Louis, Missouri 63102

Re: *Kloeckner v. Solis*, No. 4:09CV804 DJS

Dear Clerk:

This follows up on my telephone conversation with Ms. Joyce Webb on July 27, 2009. I am Plaintiff's Counsel in the above-styled pending litigation. I am a member of the Bar of Virginia, Pennsylvania, and the District of Columbia, but not Missouri. Based on my discussion with Ms. Webb, I am enclosing the following:

1. Verified Motion for Admission Pro Hac Vice, with $100 application fee and Certificate of Good Standing from the Virginia State Bar.

2. E-Filing Registration Form

3. Consent Motion for Extension of Time to File Plaintiff's Opposition to Defendant's Motion to Dismiss.

4. Change of Address notification.

Sincerely,

Larry J. Stein

Enclosures