UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Carolyn M. Kloeckner

Plaintiff(s),

Vs.

Hilda L. Solis, Sec of Labor

Defendant(s).

Case No. 4:09 cv 804 - DJS

## NOTICE OF APPEAL

Notice is hereby given that Carolyn M. Kloeckner,

appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered

in this action on the 18th day of February, 20____.

Signed this 14th day of April, 20 10.

Carolyn M Kloeckner
Signature of Plaintiff(s)

## Larry J Stein

| | |
|---|---|
| **From:** | Larry J Stein [larrystein@ljslaw.net] |
| **Sent:** | Monday, May 10, 2010 4:26 PM |
| **To:** | 'beth.kirkland@moed.uscourts.gov' |
| **Subject:** | Kloeckner v. Solis, 4:09CV804 - DJS |
| **Attachments:** | Eighth Circuit Appeal Form.pdf |

Dear Ms. Kirkland:

As we discussed, I have attached the appeal form which I attempted to file electronically on April 14, 2010. I only learned this morning that the clerk's office has no record of my having filed the appeal. I assumed everything was ok because the $455 filing fee was taken from my business checking account on April 15, 2010. Thank you very much for your assistance. If you have any questions, please do not hesitate to call.

Sincerely,

Larry Stein

**Larry J. Stein, Esq.**
Law Offices of Larry J. Stein
4023 Chain Bridge Road, Suite 6
Fairfax, Virginia 22030

Office (703) 383-9090
Cell    (703) 599-8023
Fax    (703) 424-7670

www.larryjstein.com

**CONFIDENTIALITY NOTE:** The unauthorized disclosure or interception of email is prohibited by law. This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify Law Offices of Larry J. Stein by telephone at 703 383-9090 or by electronic mail. Thank you.