US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USCA#: _____

Kloeckner v. Chao

**Case Number:**

4:09cv804 DJS

| Plaintiff: | Defendant: |
|---|---|
| **Carolyn M. Kloeckner** | **Elaine Chao** |
| Attorney: | Attorney: |
| | Christian Alexander Natiello<br>UNITED STATES ATTORNEY OFFICE<br>555 Fourth Street, NW<br>Washington, DC 20001<br>202-307-0338<br>Fax: 202-514-8780 |
| Larry J. Stein<br>LAW OFFICES OF LARRY J STEIN, LLC<br>4023 Chain Bridge Road<br>Suite 6<br>Fairfax, VA 22030<br>703- 383-9090<br>Fax: 703-424-7670<br>Email: larrystein@ljslaw.net | Stephen S. Davis<br>OFFICE OF U.S. ATTORNEY<br>111 S. Tenth Street<br>20th Floor<br>St. Louis, MO 63102<br>314-539-2200<br>Fax: 314-539-2777<br>Email: stephen.davis@usdoj.gov |

**Court Reporter:**

Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Beth Kirkland   244-7925

NONE

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| LARRY STEIN | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?    Yes    No    Where: ☐

Please list all other defendants in this case if there were multiple defendants: