UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 09/26/2014  **Case No.** 4:09cv804 ERW

Carolyn M. Kloeckner  v.  Thomas E. Perez

**Judge** Honorable E. Richard Webber

**Court Reporter** D. Kriegshauser  **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Lynette Petruska

**Attorneys for Defendant(s)** Nick Llewellyn

**Parties present for** final pretrial conference. Motion # 122 - to Compel production of unredacted OIG complaint argued.  Motions in limine and objections to pretrial submissions argued.  Order to issue. Jury trial remains set October 6, 2014 @ 8:30 a.m. in Courtroom 17S.

Note:  conference held in 3 segments:   9:00 - 10:30 a.m., 11:00 a.m. to noon and from 2:45 p.m. - 3:10 p.m.

Attorneys Present : _____

Proceedings commenced:  9-10:30, 11 - Noon

Proceedings concluded:  2:45 to 3:10 p.m.